IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDSAY RAFFERTY, on behalf of herself and all others similarly situated | ) CASE NO. 5:18-CV-2409 )  ) JUDGE SARAH LIOI |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| DENNY'S, INC., | ) **STIPULATION FOR DISMISSAL** ) **WITHOUT PREJUDICE** ) |
| *Defendant.* | ) |

Now come the parties, jointly, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to a dismissal of this matter without prejudice, each party to bear her/its own costs and fees. The parties request that the Clerk of Court now close this case.

RESPECTFULLY SUBMITTED this September 20, 2019.

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 0089601)
Bendau & Bendau PLLC
P.O. Box 97066
Phoenix, AZ 85060
Telephone: (480) 382-5176
Facsimile: (480) 304-3805
Email: cliffordbendau@bendaulaw.com

*Counsel for Plaintiff*

By: /s/ *Darren W. Ford*
Darren W. Ford (OH No. 0086449)
2400 Chamber Center Drive
Suite 300
Fort Mitchell, KY 41017
Telephone: (859) 578-7263
Email: dford@graydon.law

*Counsel for Defendant*

**IT IS SO ORDERED**.

_____
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE

September 23, 2019

1